UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 25-6064 (JTQ) |
| | : | |
| v. | : | |
| | : | CONTINUANCE ORDER |
| DEVON HARRIS | : | |
| | : | |

   This matter having come before the Court on the joint application of the United States (by Ian D. Brater, Assistant U.S. Attorney), and defendant DEVON HARRIS (by Mark G. Davis, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through January 12, 2026; and no continuances having previously been granted by this Court; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to this continuance; and for good and sufficient cause shown,

   IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

   (1)  Plea negotiations may soon commence, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

   (2)  The defendant has consented to the aforementioned continuance;

   (3) The grant of a continuance will likely conserve judicial resources; and

   (4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

  IT IS, therefore, on this <u>28th</u> day of October, 2025,

  ORDERED that this action be, and it hereby is, continued from the date this Order is signed through January 12, 2026; and it is further

  ORDERED that the period from the date this Order is signed through and including January 12, 2026 shall be excludable in computing time under the Speedy Trial Act of 1974.

           _____
           HON. JUSTIN T. QUINN
           United States Magistrate Judge

Form and entry consented to:

/s/ Mark G. Davis
_____
Mark G. Davis, Esq.
Counsel for Defendant


/s/ Ian D. Brater
_____
Ian D. Brater
Assistant U.S. Attorney