UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. JUSTIN T. QUINN, U.S.M.J. |
| Plaintiff, | : | |
| | : | Mag. No. 25-6064 (JTQ) |
| vs. | : | |
| | : | CORRECTED |
| DEVON HARRIS, | : | **ORDER MODIFYING** |
| | : | **CONDITIONS OF RELEASE** |
| Defendant. | : | |

_____

This matter having been brought before the Court by Mark G. Davis, Esq., attorney for the defendant, DEVON HARRIS, with the consent of United States Pretrial Services (Todd Jones, USPSO) and the United States Attorney's Office for the District of New Jersey (Ian Brater, AUSA), for an Order amending Devon Harris's release conditions to permit his attendance at three separate holiday events with family members on November 18, 2025, November 22, 2025, and November 27, 2025; and the Court having considered the matter and for good cause appearing;

IT IS ORDERED on this  26th   day of November 2025 that Devon Harris may attend: (1) an Elmo Celebration Show with his son and girlfriend, Melissa Torres, at the Cure Arena in Trenton, New Jersey on November 18, 2025 between the hours of 5 p.m. and 8:45 p.m.; (2) his son's birthday celebration on November 22, 2025 at the Ocean Park Indoor Play Park in Burlington, New Jersey between the hours of 3 p.m. and 7:30 p.m.; and (3) residential family gatherings on November 27, 2025 between the hours of

2 p.m. and 9 p.m. at his mother's house located at 192 Orlando Drive, Sicklerville, New Jersey and his girlfriend's mother's house located at 27 Wolf Drive, Hamilton, New Jersey.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE