UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. JUSTIN T. QUINN, U.S.M.J. |
| | : | |
| Plaintiff, | : | |
| | : | Mag. No. 25-6064 (JTQ) |
| vs. | : | |
| | : | |
| DEVON HARRIS, | : | **ORDER MODIFYING** |
| | : | **CONDITIONS OF RELEASE** |
| Defendant. | : | |

_____

This matter having been brought before the Court by Mark G. Davis, Esq., attorney for the defendant, DEVON HARRIS, with the consent of United States Pretrial Services (Todd Jones, USPSO) and the United States Attorney's Office for the District of New Jersey (Ian Brater, AUSA), for an Order amending Devon Harris's release conditions to permit his attendance at four separate holiday events with family members on December 20, 2025, December 24, 2025, December 25, 2025, and January 1, 2026; and the Court having considered the matter and for good cause appearing;

IT IS ORDERED on this __18th__ day of December 2025 that Devon Harris may attend: (1) a residential holiday party on December 20, 2025 at his parents' house located at 192 Orlando Drive, Sicklerville, New Jersey between the hours of 2 p.m. and 9 p.m.; (2) holiday festivities on December 24, 2025 between the hours of 1 p.m. and 9 p.m. at his parents' house located at 192 Orlando Drive, Sicklerville, New Jersey and his girlfriend's mother's house located at 27 Wolf Drive, Hamilton,

New Jersey; (3) holiday festivities on December 25, 2025 between the hours of 1 p.m. and 9 p.m. at his parents' house located at 192 Orlando Drive, Sicklerville, New Jersey and his girlfriend's mother's house located at 27 Wolf Drive, Hamilton, New Jersey; and (4) a holiday dinner on January 1, 2026 between the hours of 1 p.m. and 5 p.m. at Chickies & Petes Restaurant located at 2999 Street Road, Bensalem, Pennsylvania.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE