UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. JUSTIN T. QUINN, U.S.M.J. |
| | : | |
| Plaintiff, | : | |
| | : | Mag. No. 25-6064 (JTQ) |
| vs. | : | |
| | : | |
| DEVON HARRIS, | : | **ORDER MODIFYING** |
| | : | **CONDITIONS OF RELEASE** |
| Defendant. | : | |

_____

This matter having been brought before the Court by Mark G. Davis, Esq., attorney

for the defendant, DEVON HARRIS, with the consent of United States Pretrial

Services (Todd Jones, USPSO) and the United States Attorney's Office for the

District of New Jersey (Ian Brater, AUSA), for an Order amending Devon Harris's

release conditions to permit his attendance a birthday celebration dinner on Sunday,

February 15, 2026; and the Court having considered the matter and for good

cause appearing;

IT IS ORDERED on this __13th__ day of February 2026 that Devon Harris

may attend a dinner celebrating his brother's birthday on Sunday, February 15, 2026, at

Eddie V's restaurant, 2000 NJ-38 #1072, Cherry Hill, New Jersey 08002, between the

hours of 7:30 p.m. and 11:30 p.m.

_____
HONORABLE JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE